UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER L. HUGGINS, II,

      Plaintiffs,                    No.  05-60203

v.                                  Hon. John Corbett O'Meara

ASSET ACCEPTANCE, LLC;
RISK MANAGEMENT ALTERNATIVES, INC.;
COLLECTION BUREAU OF AMERICA, LTD;
and SBC TELEHOLDINGS, INC.,

      Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Walter Huggins filed an eight-count complaint in this court August 1, 2005, alleging violations of the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, Michigan Debt Collection Practices Act, and Michigan Occupational Code.

While alleged violations of the federal statutes are cognizable in this court pursuant to 28 U.S.C. §§ 1343, Counts III-VIII are based solely on state law.  Since the parties to this matter are not diverse, this court declines to exercise supplemental jurisdiction over the latter claims so as to avoid jury confusion.  See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Therefore, it is hereby **ORDERED** that Counts III-VIII are **DISMISSED.**

                                        S/John Corbett O'Meara
                                        John Corbett O'Meara
                                        United States District Judge

Dated:  October 27, 2005